IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF WEST VIRGINIA
AT MARTINSBURG

IAN CARR,

       Petitioner,

v.                                      Civil Action No. 3:05CV32
                                        Criminal Action No. 3:04CR50
                                        (BROADWATER)

UNITED STATES OF AMERICA,

       Respondent.

### ORDER ADOPTING REPORT AND RECOMMENDATION

On this day the above styled case came before the Court for consideration of the Report and Recommendation of Magistrate Judge James E. Seibert, dated August 23, 2005. The petitioner did not file objections to the Report. After reviewing the above, the Court is of the opinion that the Magistrate Judge's Report and Recommendation should be and is hereby **ORDERED** adopted.

The Court further **ORDERS** that the petition of the petitioner be **DENIED and DISMISSED WITHOUT PREJUDICE** based on the reasons set forth in the Magistrate Judge's Report and Recommendation. It is further **ORDERED** that this action be and is hereby **STRICKEN** from the active docket of this Court.

The Clerk is directed to transmit true copies of this Order to the petitioner and all counsel of record herein.

**DATED** this 1st day of February.

                                                   W. CRAIG BROADWATER
                                                 UNITED STATES DISTRICT JUDGE